IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CASE NO. CR499-133 |
| | ) |
| LACY DELOACH, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Defendant Lacy DeLoach's motion for sentence reduction pursuant to "Section 608(1)(c) of the First Step Act of 2018." (Doc. 856.) In response, the Government filed a Motion to Dismiss Defendant's motion. (Doc. 857.) Although not entirely clear, Defendant appears to ask the Court to reduce his sentence pursuant to a section he believes is part of the First Step Act and his youth at the time of his offense. (See generally Doc. 856.) As the Government correctly notes, no Section 608(1)(c) exists, and Section 608(c) defines the term "youth" for purposes of a Bureau of Prisons program. First Step Act Of 2018, Pub. L. No. 115-391, § 608, 132 Stat. 5194 (2018). Therefore, Defendant's motion includes no valid ground for any form of relief. Accordingly, Defendant's motion is **DENIED** (Doc. 856), and the Government's motion to dismiss is **GRANTED** (Doc. 857).

SO ORDERED this 6th day of July 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA